**Denise JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103708**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: October 25, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 10, 2017

Application for Transfer Denied
February 28, 2017

Timothy J. Forneris, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

PER CURIAM.

Denise Jackson appeals from the judgment denying her Rule 24. 035 motion without an evidentiary hearing. The motion court's findings and conclusions are not clearly erroneous, and we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).